IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

REVIE HOPKINS,

    Plaintiff

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant

CASE NO. 3:07-CV-65 (CDL)

O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 2, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 26th day of June, 2008.

                S/Clay D. Land
                CLAY D. LAND
                UNITED STATES DISTRICT JUDGE